**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **HEITECH SERVICES, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FRONT ROWE, INC.,** *et al.* )<br>)<br>**Defendants** ) | Case No. 1:14-cv-00739-JCC-TCB |

## NOTICE OF BANKRUPTCY FILINGS

PLEASE TAKE NOTICE THAT undersigned counsel for Plaintiff HeiTech Services, Inc. has been advised that Defendants Atron Rowe and Karen Rowe have filed Chapter 13 bankruptcy petitions in the United States Bankruptcy Court for the Eastern District of Virginia.

Their case information is as follows:

In Re: Atron Carl Rowe; Chapter 13; Case 14-14416 BFK; filed November 26, 2014.

In Re: Karen McKoy Rowe; Chapter 13; Case 14-14415 BFK; filed November 26, 2014.

Bankruptcy counsel of record for both parties: Jon D. Pels; telephone: 301-986-5570; jpels@pallaw.com.

Respectfully submitted,

Dated: December 4, 2014         HEITECH SERVICES, INC.

By Counsel

/s/
Paul W. Mengel III (Va. Bar No. 29839)
Brian F. Wilbourn (VSB No. 77463)
PilieroMazza PLLC
888 17th Street, NW
11th Floor
Washington, DC  20006
Phone:   (202) 857-1000
Fax:       (202) 857-0200
pmengel@pilieromazza.com
bwilbourn@pilieromazza.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2014, a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing.  I further certify that on the same date a true copy of the foregoing was served by U.S. Mail to the parties identified below.

Karen Rowe
13321 Balmoral Heights Place
Clifton, VA 20124
krowe@frontroweinc.com

Atron Rowe
12025 New Dominion Parkway, Number 212
Reston, Virginia 20190
arowe@frontroweinc.com

Front Rowe, Inc.
13321 Balmoral Heights Place
Clifton, VA 20124

Front Rowe, Inc.
Attn: Horace McClerklin (Registered Agent)
1940 Duke Street, Suite 200
Alexandria, Virginia 22314
(*Via U.S. Mail only*)

/s/
Paul W. Mengel III