IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

HEITECH SERVICES, INC.

        Plaintiff

v.                                                          1:14cv739 (JCC/TCB)

FRONT ROWE, INC., et al

        Defendants.

<u>ORDER</u>

Upon review of the record and the Notice of Bankruptcy filed as to defendants Atron Rowe

and Karen Rowe in the United States Bankruptcy Court for the Eastern District of Virginia, is it

accordingly ORDERED:

That this case be stayed as to defendants Atron Rowe and Karen Rowe.

The Clerk shall forward copies of this Order to all counsel of record and defendants, pro-se.

December 9, 2014
Alexandria, VA

                              /s/
                        James C. Cacheris
               United States District Judge